**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1683

STEPHEN G. STERNER,

       Plaintiff - Appellant,

    v.

WOODFOREST NATIONAL BANK; BRYAN ABRAHAM, Woodforest National
Bank Representative; LISA COTTON, Woodforest National Bank
Ex. Vice President,

       Defendants - Appellees.

No. 14-1684

STEPHEN GEORGE STERNER,

       Plaintiff - Appellant,

    v.

WOODFOREST NATIONAL BANK; WOODFOREST BANK,

       Defendants - Appellees.

Appeals from the United States District Court for the Western
District of North Carolina, at Asheville.  Martin K. Reidinger,
District Judge.  (1:13-cv-00229-MR-DLH; 1:14-cv-00092-MR-DLH)

Submitted: October 21, 2014      Decided: October 23, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Stephen G. Sterner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Stephen G. Sterner challenges the district court's orders denying his motion to amend his complaint in the action underlying Appeal No. 14-1684, and denying his motion for reconsideration of the district court's orders: (1) dismissing the actions underlying both appeals; and (2) denying his motion to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sterner v. Woodforest Nat'l Bank, Nos. 1:13-cv-00229-MR-DLH, 1:14-cv-00092-MR-DLH (W.D.N.C. June 17, 2014; July 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3